# GROUP EXHIBIT 1

# United States of America
### United States Patent and Trademark Office

# GRUMPY CAT

Reg. No. 4,907,212
Registered Mar. 1, 2016
Int. Cl.: 16

**TRADEMARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

GRUMPY CAT LIMITED (OHIO LIMITED LIABILITY COMPANY)
C/O KIA KAMRAN P.C.
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CA 900674301

FOR: ALBUMS FOR STICKERS; BLANK JOURNAL BOOKS; BLANK JOURNALS; BLANK WRITING JOURNALS; BOOKS IN THE FIELD OF COMEDY; BOXES OF CARDBOARD OR PAPER; BRAG BOOKS; BUMPER STICKERS; COFFEE TABLE BOOKS FEATURING COMEDY; COLORING BOOKS; COMIC BOOKS; COMPOSITION BOOKS; DECALS; ENVELOPES; GIFT BAGS; GIFT BOXES; GIFT WRAP PAPER; GIFT WRAPPING PAPER; GIFT-WRAPPING PAPER; MEMORY BOOKS; MINI PHOTO ALBUMS; NOTE BOOKS; PAPER BOWS FOR GIFT WRAP, PAPER GIFT BAGS; PAPER GIFT TAGS; PAPER GIFT WRAP; PAPER GIFT WRAP BOWS; PAPER GIFT WRAPPING RIBBONS; PAPER NAPKINS; PHOTO ALBUMS; PHOTOGRAPH ALBUMS; PHOTOGRAPHIC ALBUMS; PICTURE BOOKS; PLASTIC GIFT WRAP; PLASTIC PAGES FOR HOLDING COLLECTIBLE CARDS, TRADING CARDS, PHOTOGRAPHS, REMOVABLE TATTOO TRANSFERS; SCRAP BOOKS; SCRAPBOOK ALBUMS; SERIES OF FICTION BOOKS; SERIES OF FICTION WORKS, NAMELY, NOVELS AND BOOKS; SERIES OF NON-FICTION BOOKS IN THE FIELD OF COMEDY; SKETCH BOOKS; STICKER ALBUMS, STICKERS, STICKERS AND STICKER ALBUMS; STORY BOOKS, TABLE NAPKINS OF PAPER, TEMPORARY TATTOO TRANSFERS; TISSUE PAPER; WRAPPING PAPER, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-23-2013; IN COMMERCE 7-23-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,417,549 AND 4,527,097.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAT", APART FROM THE MARK AS SHOWN.

SER. NO. 86-479,710, FILED 12-12-2014.

ELIZABETH KAJUBI, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# GRUMPPUCCINO

**Reg. No. 5,516,378**
**Registered Jul. 17, 2018**
**Int. Cl.: 30**
**Trademark**
**Principal Register**

GRUMPY CAT LIMITED (OHIO LIMITED LIABILITY COMPANY)
1900 Avenue Of The Stars, 25th Floor
C/o Kia Kamran, P.c.
Los Angeles, CALIFORNIA 900674301

CLASS 30: Coffee-based beverage containing milk

FIRST USE 7-1-2013; IN COMMERCE 8-1-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-169,872, FILED 01-20-2014



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,820,434**
**Registered Sep. 29, 2015**
**Int. Cls.: 9, 21, 25 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

GRUMPY CAT LIMITED (OHIO LIMITED LIABILITY COMPANY)
1900 AVENUE OF THE STARS, 25TH FLOOR
C/O KIA KAMRAN P.C.
LOS ANGELES, CA 900674301

FOR: PROTECTIVE COVERS AND CASES FOR CELL PHONES, LAPTOPS, TABLET COMPUTERS AND MEDIA PLAYERS; MOUSE PADS; DECORATIVE MAGNETS, REFRIGERATOR MAGNETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-8-2012; IN COMMERCE 11-8-2012.

FOR: MERCHANDISE, NAMELY, MUGS, COFFEE MUGS, PORCELAIN MUGS, BEER MUGS, BEER STEINS, TRAVEL MUGS, COMMUTER MUGS, MUGS NOT OF PRECIOUS METAL, COFFEE CUPS, TEA CUPS, COASTERS NOT OF PAPER AND NOT BEING TABLE LINEN, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 10-29-2012; IN COMMERCE 10-29-2012.

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS, LONG-SLEEVED SHIRTS, POLO SHIRTS, SWEATSHIRTS, HOODIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-28-2012; IN COMMERCE 9-28-2012.

FOR: PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-9-2012; IN COMMERCE 11-9-2012.

THE MARK CONSISTS OF THE HEAD AND NECK OF A WHITE FELINE WITH BROWN AND BLACK EARS. THE CAT HAS GREEN EYES WITH BLACK PUPILS. SURROUNDING EACH EYE OF THE CAT IS AN IRREGULAR SHAPED CIRCLE CONSISTING OF BROWN, BLACK AND BEIGE FUR. THE CAT HAS WHITE FUR ABOVE ITS NOSE AND SURROUNDING ITS MOUTH. ITS NOSE AND MOUTH ARE OUTLINED IN PINK AND BLACK. THE CAT'S MOUTH IS IN A FROWN. SURROUNDING THE MOUTH ARE WHITE WHISKERS.

THE COLOR(S) WHITE, BEIGE, BROWN, BLACK, GREEN AND PINK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

Reg. No. 4,820,434 SER. NO. 85-983,483, FILED 1-31-2013.

DEBORAH LOBO, EXAMINING ATTORNEY



# GRUMPY CAT

Reg. No. 4,417,549
Registered Oct. 15, 2013
Int. Cls.: 9, 16, 21, 25 and 41

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

GRUMPY CAT LIMITED (OHIO LIMITED LIABILITY COMPANY)
1100 GLENDON AVENUE, 14TH FLOOR
C/O KIA KAMRAN, ESQ.
LOS ANGELES, CA 90024

FOR: PROTECTIVE COVERS AND CASES FOR CELL PHONES, LAPTOPS, TABLET COMPUTERS AND MEDIA PLAYERS; MOUSE PADS; DECORATIVE MAGNETS, REFRIGERATOR MAGNETS, DIGITAL MATERIALS, NAMELY, DOWNLOADABLE VIDEO FILES FEATURING COMEDY; COMPUTER APPLICATION SOFTWARE FOR MOBILE PHONES, NAMELY, SOFTWARE FOR GAMES AND DISTRIBUTING IMAGES, VIDEOS AND INFORMATION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-8-2012; IN COMMERCE 11-8-2012.

FOR: PAPER GOODS, NAMELY, POSTERS, ART PRINTS, NOTE CARDS, GREETING CARDS, CHRISTMAS CARDS, PLAYING CARDS, POSTCARDS, POSTAGE STAMPS, CALENDARS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-9-2012; IN COMMERCE 11-9-2012.

FOR: MERCHANDISE, NAMELY, MUGS, COFFEE MUGS, PORCELAIN MUGS, BEER MUGS, BEER STEINS, TRAVEL MUGS, COMMUTER MUGS, MUGS NOT OF PRECIOUS METAL, COFFEE CUPS, TEA CUPS, COASTERS NOT OF PAPER AND NOT BEING TABLE LINEN, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 11-4-2012; IN COMMERCE 11-5-2012.

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS, LONG-SLEEVED SHIRTS, POLO SHIRTS, SWEATSHIRTS, HOODIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-28-2012; IN COMMERCE 9-28-2012.

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEBSITE FEATURING NON-DOWNLOADABLE PHOTOGRAPHIC, AUDIO, VIDEO AND PROSE PRESENTATIONS IN THE FIELD OF COMEDY, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-27-2012; IN COMMERCE 9-27-2012.



Deputy Director of the United States Patent and Trademark Office

**Reg. No. 4,417,549** THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAT", APART FROM THE MARK AS SHOWN.

SER. NO. 85-837,936, FILED 1-31-2013.

DEBORAH LOBO, EXAMINING ATTORNEY



# GRUMPY CAT

Reg. No. 4,672,289
Registered Jan. 13, 2015
Int. Cl.: 28

**TRADEMARK**

**PRINCIPAL REGISTER**

GRUMPY CAT LIMITED (OHIO LIMITED LIABILITY COMPANY)
1900 AVENUE OF THE STARS, 25TH FLOOR
C/O KIA KAMRAN P.C.
LOS ANGELES, CA 900674301

FOR: STUFFED AND PLUSH TOYS, ACTION FIGURES, DOLLS AND TOY ANIMALS, ALL BASED ON A REAL CAT THAT IS AN INTERNET MEME , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-30-2013; IN COMMERCE 11-30-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAT", APART FROM THE MARK AS SHOWN.

SN 85-836,805, FILED 1-30-2013.

DEBORAH LOBO, EXAMINING ATTORNEY



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,073,528**  
**Registered Nov. 01, 2016**  
**Int. Cl.: 30**  
**Trademark**  
**Principal Register**

Grumpy Cat Limited (OHIO LIMITED LIABILITY COMPANY)  
1900 Avenue of the Stars, 25th Floor  
c/o Kia Kamran P.C.  
Los Angeles, CA 900674301

CLASS 30: Coffee and tea

FIRST USE 12-27-2013; IN COMMERCE 12-27-2013

The color(s) white, beige, brown, black, green, pink is/are claimed as a feature of the mark.

The mark consists of the head and neck of a white feline with brown and black ears. The cat has green eyes with black pupils. Surrounding each eye of the cat is an irregular shaped circle consisting of brown, black and beige fur. The cat has white fur above its nose and surrounding its mouth. Its nose and mouth are outlined in pink and black. The cat's mouth is in a frown. Surrounding the mouth are white whiskers.

SER. NO. 85-879,272, FILED 03-18-2013  
DEBORAH E LOBO, EXAMINING ATTORNEY



Director of the United States  
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# GRUMPY CAT

**Reg. No. 4,527,097**
**Registered May 6, 2014**
**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

GRUMPY CAT LIMITED (OHIO LIMITED LIABILITY COMPANY)
1900 AVENUE OF THE STARS, 25TH FLOOR
C/O KIA KAMRAN P.C.
LOS ANGELES, CA 900674301

FOR: COFFEE AND TEA, IN CLASS 30 (U.S. CL. 46).

FIRST USE 7-1-2013; IN COMMERCE 8-1-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-981,573, FILED 3-18-2013.

DEBORAH LOBO, EXAMINING ATTORNEY



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,930,286**
**Registered Apr. 5, 2016**
**Int. Cl.: 31**

**TRADEMARK**

**PRINCIPAL REGISTER**

GRUMPY CAT LIMITED (OHIO LIMITED LIABILITY COMPANY)
C/O KIA KAMRAN P.C.
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CA 900674301

FOR: FOOD FOR ANIMALS; PET FOOD, PET TREATS, IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 3-31-2014; IN COMMERCE 3-31-2014.

THE MARK CONSISTS OF THE HEAD AND NECK OF A WHITE FELINE WITH BROWN AND BLACK EARS. SURROUNDING EACH EYE OF THE CAT IS AN IRREGULAR SHAPED CIRCLE CONSISTING OF BROWN, BLACK AND BEIGE FUR. THE CAT HAS WHITE FUR ABOVE ITS NOSE AND SURROUNDING ITS MOUTH. ITS NOSE AND MOUTH ARE OUTLINED IN PINK AND BLACK. THE CAT'S MOUTH IS IN A FROWN. SURROUNDING THE MOUTH ARE WHITE WHISKERS. THE CAT'S EYES APPEAR IN THE COLORS BLUE AND WHITE.

THE COLOR(S) WHITE, BEIGE, BROWN, BLACK, BLUE, AND PINK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 86-481,226, FILED 12-15-2014.

ELIZABETH KAJUBI, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office

OWNER OF U.S. REG. NOS. 4,417,549 AND 4,527,097.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAT", APART FROM THE MARK AS SHOWN.

SER. NO. 86-479,711, FILED 12-12-2014.

ELIZABETH KAJUBI, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# GRUMPY CAT

Reg. No. 4,907,213
Registered Mar. 1, 2016
Int. Cl.: 31

**TRADEMARK**

**PRINCIPAL REGISTER**

GRUMPY CAT LIMITED (OHIO LIMITED LIABILITY COMPANY)
C/O KIA KAMRAN P.C.
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CA 900674301

FOR: FOOD FOR ANIMALS, PET FOOD, PET TREATS, IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 7-31-2014; IN COMMERCE 7-31-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,417,549 AND 4,527,097.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAT", APART FROM THE MARK AS SHOWN.

SER. NO. 86-479,711, FILED 12-12-2014.

ELIZABETH KAJUBI, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office