UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Grumpy Cat Limited
                                                        Plaintiff,
v.                                                      Case No.: 1:22−cv−03216
                                                        Honorable Manish S. Shah

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated
Associations Identified on Schedule A Hereto
                                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 23, 2022:

    MINUTE entry before the Honorable Manish S. Shah: The motion to file under seal [6] and the motion for leave to file excess pages [11] are granted. The motion for an ex parte TRO [12] is denied. Some of the accused products likely infringe plaintiff's trademarks or copyrights, but the court is not persuaded that the accused products depicted in every submitted screenshot infringe. For example, [15] at 10 and [15] at 126 depict cartoon cats that are not the trademarked image and do not use the term Grumpy Cat. Plaintiff's submission does not explain how such images could reasonably be considered derivative of any copyrighted work (which are merely listed and not described). Not every frowning cartoon cat infringes; or at least plaintiff has failed to persuade that its intellectual property reaches that far. Plaintiff has not demonstrated a likelihood of success on the merits as to those defendants and the court will not parse the remainder. (mss)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.